UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Terrell McLaurin,

        Petitioner

v.

Las Vegas District Court, et al.,

        Respondents

Case No. 2:25-cv-00852-CDS-NJK

Order Directing Petitioner to Submit Application to Proceed *in Forma Pauperis* or Pay Filing Fee

      Petitioner submitted a pro se petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 and an amended petition. ECF Nos. 1-1, 5. He has not, however, paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2. This action therefore is subject to dismissal without prejudice as improperly commenced. However, it is unclear from the papers presented whether a dismissal without prejudice will materially affect a later analysis of any timeliness issue with respect to a new action.

      It is therefore ordered that by July 25, 2025, the petitioner must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

      It is further ordered that failure to do so will result in the dismissal of this action without prejudice and without further prior notice.

      The Clerk of Court is directed to retain the petition but not file it at this time.

Dated: June 25, 2025

                                            _____
                                            Cristina D. Silva
                                            United States District Judge