UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Terrell McLaurin,<br><br>        Petitioner<br><br>v.<br><br>Las Vegas District Court, et al.,<br><br>        Respondents | Case No. 2:25-cv-00852-CDS-NJK<br><br>**Order Granting Petitioner's<br>Motion for Extension of Time**<br><br>[ECF No. 11] |

      Pro se 28 U.S.C. § 2254 habeas corpus petitioner Terrell McLaurin has asked the Court for an extension of time to comply with the Court's previous order to pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

      It is therefore ordered that petitioner's motion for extension of time **[ECF No. 11] is granted**. McLaurin must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis* by **November 3, 2025**.

      It is further ordered that failure to do so will result in the dismissal of this action without prejudice and without further prior notice.

      The Clerk of Court is directed to retain the petition but not file it at this time.

      Dated: October 2, 2025

                                                _____
                                                Cristina D. Silva
                                                United States District Judge