UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Terrell McLaurin,

Petitioner

v.

Jeremy Bean,

Respondent

Case No. 2:25-cv-00852-CDS-NJK

**Order Granting Petitioner's Motion to Strike**

[ECF Nos. 19, 21]

This habeas matter is before me on petitioner Terrell McLaurin's motion for appointment of counsel and motion to strike. ECF Nos. 19, 21. Because his request to reopen this matter following the grant of stay is premature, I grant McLaurin's motion to strike.

McLaurin challenges a conviction and sentence for establishing or possessing a financial forgery laboratory. McLaurin filed a direct appeal that appears to remain pending before the state appellate court. In response to my order to show cause why this action should not be dismissed because of his failure to exhaust his claims in state court, McLaurin requested a stay and abeyance until the completion of the state appellate process. ECF No. 16. In the order granting the stay, I instructed McLaurin to return to federal court with a motion to reopen within 45 days of issuance of remittitur by the Nevada appellate court at the conclusion of the state court proceedings. ECF No. 17.

In April 2026, McLaurin moved to reopen the case, to supplement or amend his petition, and for appointment of counsel. ECF No. 19. McLaurin then moved to strike his motion and to continue the stay because the Nevada appellate court has not yet issued remittitur. ECF No. 21. Respondents do not oppose McLaurin's motion to strike. ECF No. 22. Accordingly, I grant McLaurin's motion and strike his motion requesting appointment of counsel, to reopen this case, and to supplement or amend his petition (ECF No. 19).

I therefore order that the petitioner's motion to strike **[ECF No. 21] is GRANTED**.

I further order that the petitioner's motion for appointment of counsel **[ECF No. 19] is STRICKEN**.

Dated: November 2, 2026

_______________________________
Cristina D. Silva
United States District Judge